**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

## U.S. District Court

### Western District of North Carolina

### Notice of Electronic Filing

The following transaction was entered on 9/3/2012 at 5:50 PM EDT and filed on 9/3/2012
**Case Name:**         USA v. McClinton
**Case Number:**       3:89-cr-00098-FDW
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**TEXT-ONLY ORDER denying [12] Motion Pursuant to Rule 60 as to David Charles McClinton (1)** *Text of Order: The Court views Defendant's most recent Fed. R. Civ. P. 60 motion as a successive and unauthorized section 2255 motion. Therefore, Defendant's motion is DENIED. So Ordered.***(Pro se litigant served by US Mail.) (FDW)**


**3:89-cr-00098-FDW-1 Notice has been electronically mailed to:**

**3:89-cr-00098-FDW-1 Notice will not be electronically mailed to:**

David Charles McClinton(Terminated)
07768-058
BUTNER Federal Correctional Institution-Low
Legal Mail
Inmate Mail/Parcels
P.O. BOX 999
BUTNER, NC 27509