# United States District Court
## For The Western District of North Carolina
## Charlotte Division

David Charles McClinton,

        Plaintiff(s),

vs.

USA,

        Defendant(s).

JUDGMENT IN A CIVIL CASE

3:12cv577 / 3:89cr98

DECISION BY COURT.  This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/3/12 Order.

Signed: September 7, 2012

Frank G. Johns, Clerk
United States District Court